EMMA A. RICE, Respondent, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

*Rice* v. *Metropolitan L. Ins. Co.*, 73 App. Div. 620, affirmed.
(Argued June 7, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 4, 1902, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Frank S. Coburn* for appellant.

*George B. Turner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.

---

OCEAN CAUSEWAY OF LAWRENCE, LONG ISLAND, Appellant, *v.* FREDERICK L. GILBERT, Respondent.

*Ocean Causeway* v. *Gilbert*, 85 App. Div. 618, affirmed.
(Argued June 8, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 29, 1903, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Peter B. Olney* for appellant.

*Charles D. Ingersoll* for respondent.

Judgment affirmed, without costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.